UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE TREMONT GROUP HOLDINGS, INC. SECURITIES LITIGATION | 09-md-2052 |
|---|---|
| This Document Relates to: 09 md 2052 (TPG)) | |

U.S. DISTRICT COURT
FILED
SEP 22 2011
D.S.
S.D. OF N.Y.

**NOTICE OF APPEAL BY MADELYN HAINES AND PAUL ZAMROWSKI FROM THE JUDGMENTS, OPINIONS AND ORDERS OF THE UNITED STATES DISTRICT COURT**

NOTICE IS HEREBY GIVEN that Madelyn Haines and Paul Zamrowski (hereinafter "the Haines Objector-Appellants"), appeal on their own behalf, as investors in the settling funds and class members, to the United States Court of Appeals for the Second Circuit from any and all final judgments and underlying orders adversely impacting Appellants rights, including but not limited to any orders listed in that certain Notice of Appeal also filed by Appellants in 08 Civ. 11117 (TPG) (the "Master Docket"), attached hereto as Exhibit A.

Dated: September 22, 2011

Respectfully submitted,

Vincent T. Gresham (Georgia Bar # 005290)
(admitted to SDNY pro hac 9/24/2010)
(application pending for admission to Second Circuit)

Law Office Of Vincent T. Gresham
2870 Peachtree Road, #306
Atlanta Georgia 30305
T. (404) 281-2762 F. (866) 618-3846
gresham05@comcast.net.

Counsel for Madelyn Haines and Paul Zamrowski

1

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | Master Docket No: 08 Civ. 11117 (TPG) |
| This Document Relates to: All Actions (Including: 08 Civ. 11117 (TPG) (the "Master Docket"); 08 Civ. 11212 (TPG); 08 Civ. 11183 (TPG); 09 Civ. 00557 (TPG); 09 Civ. 5541 (TPG); and 09 md 2052 (TPG)) | |



U.S. DISTRICT COURT
FILED
SEP 20 2011
D.S.
S.D. OF N.Y.

**NOTICE OF APPEAL BY MADELYN HAINES AND PAUL ZAMROWSKI FROM THE JUDGMENTS, OPINIONS AND ORDERS OF THE UNITED STATES DISTRICT COURT**

NOTICE IS HEREBY GIVEN that Madelyn Haines and Paul Zamrowski (hereinafter "the Haines Objector-Appellants"), appeal on their own behalf, as investors in the settling funds and class members, to the United States Court of Appeals for the Second Circuit from the Final Judgment and Order of Dismissal entered on August 22, 2011 (Dkt #604)[1] - denominated the "Final Judgment and Order of Dismissal With Prejudice Regarding Settlement and Rules 23 and 23.1", from the Judgment and Order respecting Attorneys' Fees entered on August 22, 2011 (Dkt #603) - denominated the "Order and Final Judgment Granting Plaintiffs' State and Securities Law Settlement Class Counsels' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Awards to State Law and Securities Plaintiffs" - , and from all underlying Opinions, Orders and rulings in all actions including, but not limited to, the following orders and rulings:

- Written Order entered on 3/26/2009 (Dkt # 44), which *inter alia* consolidated various securities actions into one consolidated "Securities

---

[1] All references to Docket Numbers are to numbers appearing in the Master Docket, 08 Civ 11117 (TPG).

1

Action," and appointed lead plaintiffs and lead counsel for the Securities Action;
- Written Order entered on 9/28/2009 (Dkt #314), which *inter alia* consolidated Appellants' case with the Securities Action;
- Sealed Written Order entered on 10/12/2010 and placed in vault (Dkt #365);
- Sealed Written Order entered on 10/14/2010 and placed in vault (Dkt #366);
- Written Order entered on 11/19/2010 (Dkt #367), denying Appellants' request that all prior filings, communications and orders in the actions not yet entered in the ECF system be so entered;
- Written Order Directing Notice and Setting Final Fairness Hearing in Connection with Motion for Approval of Proposed Settlement and Motion for Attorneys' Fees and Expenses entered on 4/6/2011 (Dkt #419); appeal; and,
- Written Order Approving Issuance of Supplemental Notice entered on 6/28/2011 (Dkt #554).

Dated: September 19, 2011

Respectfully submitted,

Vincent T. Gresham  (Georgia Bar # 005290)
(admitted to SDNY pro hac 9/24/2010)
(application pending for admission to Second Circuit)

Law Office Of Vincent T. Gresham
2870 Peachtree Road, #306
Atlanta Georgia 30305
T. (404) 281-2762 F. (866) 618-3846
gresham05@comcast.net

Counsel for Madelyn Haines and Paul Zamrowski

2