**MANDATE**

N.Y.S.D. Case #
09-md-2052(TPG)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of January, two thousand and twelve.

_____

IN RE: TREMONT GROUP HOLDINGS, INC.
SECURITIES LITIGATION.

**ORDER**

Docket No.: 11-3931

_____

IT IS HEREBY ORDERED that the motion by Appellants to withdraw the appeal is GRANTED, with prejudice.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 18, 2012

FOR THE COURT:
CATHERINE O'HAGAN WOLFE: Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/18/2012