# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | MASTER FILE NO.:<br>08 CIV. 11117 (TPG)<br><br>ECF Filed |

## NOTICE OF WITHDRAWAL OF COUNSEL

To:   The Clerk of the Court and all parties of record

PLEASE TAKE NOTICE THAT Jeffrey M. Haber is no longer associated with Bernstein Liebhard LLP and should be removed from the Court's service list with respect to the above-referenced action. Bernstein Liebhard LLP continues to serve as Lead Counsel for the Lead Plaintiffs in the Securities Actions and all future correspondence and papers in this action should continue to be directed to it.

Dated:   June 3, 2016

Respectfully submitted,

**BERNSTEIN LIEBHARD LLP**

*/s/ Stephanie M. Beige*
Stephanie M. Beige

10 East 40th Street
New York, New York 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
beige@bernlieb.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/06/2016

So Ordered: /s/ Thomas P. Griesa
HON. THOMAS P. GRIESA, USDJ
6-06-2016

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 3, 2016

Respectfully submitted,

**BERNSTEIN LIEBHARD LLP**

*/s/ Stephanie M. Beige*
Stephanie M. Beige

10 East 40th Street
New York, New York 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
beige@bernlieb.com